UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 25-37-GF-WWM |
| Plaintiff, | ORDER |
| vs. | |
| KENNETH ELI EDWARD McLEAN, | |
| Defendant. | |

IT IS HEREBY ORDERED that the Clerk of Court may provide meals for the jurors during their deliberations in the above entitled case.

DATED this 18th day of February, 2026.

Honorable William W. Mercer
United States District Judge