**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH ELI EDWARD McLEAN,<br><br>Defendant. | CR 25-37-GF-WWM<br><br>ORDER DISMISSING<br>INDICTMENT |

Upon review of Plaintiff's Unopposed Motion to Dismiss Indictment (Doc. 96), and for good cause shown,

**IT IS HEREBY ORDERED** that the Indictment in this case is hereby **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that the trial in this matter presently set for April 20, 2026, along with all other deadlines are **VACATED**.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED the 12th day of March, 2026.

WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE